```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                  Case No. 14-01492-JJT
Thomas P. Potoski                                                       Chapter 13
Lynn Marie Potoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar              Page 1 of 1            Date Rcvd: Mar 23, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db/jdb        +Thomas P. Potoski,    Lynn Marie Potoski,    43 Fairway Drive,    Exeter, PA 18643-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov,    CaseView.ECF@usdoj.gov
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank, N.A. dans@w-legal.com,
               BNCmail@w-legal.com
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank dans@w-legal.com,
               BNCmail@w-legal.com
              David J. Harris    on behalf of Debtor Thomas P. Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Defendant Thomas P. Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Joint Debtor Lynn Marie Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John M. Murphy    on behalf of Creditor    Landmark Community Bank jmurphy@corp-law.net
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com,    lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    M&T BANK tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Tullio   DeLuca    on behalf of Creditor Linda   Koval tullio.deluca@verizon.net
              Tullio   DeLuca    on behalf of Creditor Gerald   Koval tullio.deluca@verizon.net
              Tullio   DeLuca    on behalf of Plaintiff Gerald   Koval tullio.deluca@verizon.net
              Tullio   DeLuca    on behalf of Plaintiff Linda   Koval tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS P. POTOSKI
FDBA THOMAS POTOSKI
CONSTRUCTION
LYNN MARIE POTOSKI
FDBA BRAND NEW WINDOWS
AKA LYNN MARIE MCDERMOTT
    Debtor(s)

Chapter 13

Case Number: 5:14-bk-01492-JJT

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the: **Applicant. The Clerk is directed to immediately restrict public viewing of the subject document re: claim 4-1.**

Dated: March 23, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Order on Request for Redaction.WPT REV 06/16