**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR THE DEBTORS**
**Pa. S. Ct. No:. 48558**
**FL Bar No.: 0451207**

**LAW OFFICE**
**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone (570) 823-9400**
**Facsimile (570) 208-1400**
**E-Mail dh@lawofficeofdavidharris.com**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **THOMAS P. POTOSKI** | : | **Chapter 13** |
| **AND LYNN M. POTOSKI,** | : | **Case No.: 5: 14-bk-01492** |
| | : | |
| **Debtors** | : | |

_____

## CERTIFICATE OF SERVICE
_____

  I, David J. Harris, Esquire, hereby certify that on the 6th day of September, 2017, I served by facsimile, a true and correct copy of the Wage Attachment Application and Order in the above matter on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Geisinger Health Care System | Facsimile (570) 271-5948 |
| ATTN: Payroll -- 4962 | |
| 100 North Academy Avenue | |
| Danville, PA 17822 | |

  I certify under penalty of perjury that the foregoing is true and correct.


       By: /s/ David J. Harris, Esquire_____
Date: September 6, 2017     DAVID J. HARRIS, ESQUIRE