```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 14-01492-JJT
Thomas P. Potoski                                             Chapter 13
Lynn Marie Potoski
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: AGarner           Page 1 of 1            Date Rcvd: Sep 07, 2017
                            Form ID: pdf010         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db/jdb         +Thomas P. Potoski,    Lynn Marie Potoski,    43 Fairway Drive,    Exeter, PA 18643-1250
                +Geisinger Health Care System,    Attn: Payroll - 4962,    100 North Academy Avenue,
                  Danville, PA 17822-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank, N.A. dans@w-legal.com,
               BNCmail@w-legal.com
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank dans@w-legal.com,
               BNCmail@w-legal.com
              David J. Harris    on behalf of Debtor Thomas P. Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Defendant Thomas P. Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Joint Debtor Lynn Marie Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John M. Murphy    on behalf of Creditor    Landmark Community Bank jmurphy@corp-law.net
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com, lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    M&T BANK tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Plaintiff Gerald Koval tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Plaintiff Linda Koval tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Creditor Linda Koval tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Creditor Gerald Koval tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 18
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| THOMAS P. POTOSKI | : Chapter 13 |
| AND LYNN M. POTOSKI, | : Case No.: 5: 14-bk-01492 |
| | : |
| Debtors | : |

___

## ORDER DIRECTED TO LYNN M. POTOSKI'S EMPLOYER

Upon consideration of the Application for an Order Approving Wage Attachment directed to the Employer of Lynn Potoski, it is

ORDERED THAT the Debtor, Lynn Potoski's, employer, Geisinger Health Care System, is hereby directed to **deduct the sum of $702.67** from her **biweekly** paycheck **but no more than $1,405.34 in any given month** commencing for her next paycheck in August, 2017

The sums so deducted are to be remitted to:

Charles J. DeHart, III, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

NOTE: All payments sent to the Chapter 13 Trustee shall contain a notation of Debtor's name and case number 5:14-bk-01492

Employer: Geisinger Health Care System
ATTN: Payroll -- 4962
100 North Academy Avenue
Danville, PA 17822

Fax: (570) 271-5948

Debtor: Lynn Potoski
43 Fairway Drive
Exeter, PA 18643

Dated: September 7, 2017

By the Court,

_John J. Thomas_
John J. Thomas, Bankruptcy Judge
(RPR)