Certificate Number: 01721-PAM-DE-032773611

Bankruptcy Case Number: 14-01492



01721-PAM-DE-032773611

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 4, 2019</u>, at <u>8:23</u> o'clock <u>PM EDT</u>, <u>Thomas Peter Potoski</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 6, 2019</u>    By:   <u>/s/Sarah Chechak</u>

Name: <u>Sarah Chechak</u>

Title: <u>Counseling</u>