UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| THOMAS P. POTOSKI | : | Chapter 13 |
| AND LYNN M. POTOSKI, | : | Case No.: 5: 14-bk-01492 |
| | : | |
| **Debtors** | : | |

___

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)**

*Do not file this certificate until you have completed all your plan payments.
If a joint petition is filed, <u>each spouse</u> must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X    I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan require me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you check the second box, you must provide the information below.*

My current address is: _____

My current employer and my employer's address:
_____

*Part III. Certification Regarding Section 11 U.S.C. §522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X    I have not claimed an exemption pursuant to 11 U.S.C. §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.

☐    I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge information and belief.

DATED: August 15, 2019        BY:    /s/ <u>Lynn M. Potoski</u>_____
                                                    Lynn Marie Potoski, Debtor