UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
WILKES BARRE DIVISION

In re: THOMAS P. POTOSKI § Case No. 5:14-bk-01492
LYNN MARIE POTOSKI §
§
Debtor(s) §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CHARLES J. DEHART, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/01/2014.

2) The plan was confirmed on 04/07/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/09/2017.

5) The case was completed on 07/12/2019.

6) Number of months from filing or conversion to last payment: 63.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $102,246.00.

10) Amount of unsecured claims discharged without full payment: $1,005,421.58.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor(s) | $ 79,500.03 |
| Less amount refunded to debtor(s) | $ 0.00 |
| **NET RECEIPTS** | $ 79,500.03 |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $ 2,250.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 4,673.83 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,923.83 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,750.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DAVID J. HARRIS, ESQUIRE | Lgl | 0.00 | NA | NA | 2,250.00 | 0.00 |
| PNC BANK | Uns | 3,435.03 | 3,561.85 | 3,561.85 | 0.01 | 0.00 |
| DISCOVER | Uns | 10,296.60 | 8,654.22 | 8,654.22 | 0.00 | 0.00 |
| HARVEY BUILDING PRODUCTS | Uns | 1,424.20 | 1,424.20 | 1,424.20 | 0.00 | 0.00 |
| RBS CITIZENS, N.A. | Uns | 0.00 | 13,701.16 | 13,701.16 | 0.00 | 0.00 |
| LUZERNE COUNTY TAX CLAIM | Sec | 2,360.58 | 3,226.71 | 3,226.71 | 3,226.71 | 0.00 |
| USAA | Uns | 0.00 | 84,155.58 | 84,155.58 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 4,675.27 | 4,675.27 | 4,675.27 | 0.00 | 0.00 |
| HOUSEHOLD FINANCIAL SERVICES | Uns | 56,980.55 | 56,980.55 | 56,980.55 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 59,420.34 | 17,694.28 | 17,694.28 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 5,520.27 | 59,420.34 | 14,375.68 | 14,375.68 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 32,682.58 | 59,420.34 | 27,350.38 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 7,972.70 | 8,061.61 | 8,061.61 | 0.00 | 0.00 |
| COMMONWEALTH OF | Pri | 0.00 | 501.34 | 374.20 | 374.20 | 0.00 |
| COMMONWEALTH OF | Uns | 0.00 | 501.34 | 127.14 | 0.00 | 0.00 |
| PSECU | Uns | 0.00 | 1,068.59 | 1,068.59 | 0.00 | 0.00 |
| PSECU | Uns | 0.00 | 38.23 | 38.23 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 0.00 | 2,476.67 | 2,476.67 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SERVICES, | Uns | 35,084.31 | 35,135.00 | 35,135.00 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES, | Uns | 0.00 | 5,258.01 | 5,258.01 | 0.00 | 0.00 |
| LANDMARK COMMUNITY BANK | Sec | 9,584.96 | 9,389.86 | 730.60 | 730.60 | 0.00 |
| COMMUNITY REGIONAL CREDIT | Sec | 21,480.13 | 21,177.40 | 0.00 | 0.00 | 0.00 |
| COMMUNITY REGIONAL CREDIT | Uns | 808.27 | 733.82 | 733.82 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 328.00 | 397.98 | 397.98 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 726.14 | 726.14 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 873.00 | 443.02 | 443.02 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 6,420.63 | 4,563.19 | 4,563.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 910.65 | 910.69 | 910.69 | 0.00 | 0.00 |
| M & T MORTGAGE CORP | Sec | 278,362.94 | 295,922.32 | 25,922.40 | 25,922.40 | 0.00 |
| GERALD KOVAL | Sec | 0.00 | 10,252.32 | 10,252.32 | 10,252.32 | 0.00 |
| WILKES BARRE GENERAL | Uns | 0.00 | 349.83 | 349.83 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS | Uns | 81,823.28 | 12,621.97 | 12,621.97 | 0.00 | 0.00 |
| CERASTES, LLC | Uns | 5,258.01 | 5,571.95 | 5,571.95 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 7,387.62 | 4,469.18 | 4,469.18 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 6,320.15 | 6,607.80 | 6,607.80 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 574.05 | 574.05 | 0.00 | 0.00 |
| GERB/FLEXPLUS | Uns | 19,166.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Uns | 408,364.00 | NA | NA | 0.00 | 0.00 |
| ABC HAULING | Uns | 138.58 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Uns | 462.03 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Uns | 1,762.34 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 23,697.75 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 26,258.48 | NA | NA | 0.00 | 0.00 |
| BONTONHSBC | Uns | 1,691.07 | NA | NA | 0.00 | 0.00 |
| BOROUGH OF AVOCA SEWER | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| CACHE LLC | Uns | 3,988.00 | NA | NA | 0.00 | 0.00 |
| CARPINET PLUMBING & HEATING | Uns | 323.48 | NA | NA | 0.00 | 0.00 |
| CHARLES POTER DDS | Uns | 480.00 | NA | NA | 0.00 | 0.00 |
| CHASE MEMBER SERVICES | Uns | 3,069.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 19,531.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 1,154.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 574.05 | NA | NA | 0.00 | 0.00 |
| ELLSWORTH DISPOSAL | Uns | 67.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FASHION FLOOR | Uns | 1,537.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES NA | Uns | 4,898.29 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COMMUNITY | Uns | 788.06 | NA | NA | 0.00 | 0.00 |
| FUTURE SCRIPTS | Uns | 82.71 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 601.80 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 1,072.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Uns | 1,156.27 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 592.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Uns | 1,338.13 | NA | NA | 0.00 | 0.00 |
| MITCHELL'S LUMBER & FUEL OIL | Uns | 36,000.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| OKNA WINDOWS CORP | Uns | 5,110.60 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT PPL | Uns | 1,182.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 873.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 64,031.96 | NA | NA | 0.00 | 0.00 |
| PPL ELECTRICS | Uns | 469.45 | NA | NA | 0.00 | 0.00 |
| RBS CARD SERVICES | Uns | 52,470.16 | NA | NA | 0.00 | 0.00 |
| REEVES RENT A JOHN | Uns | 637.62 | NA | NA | 0.00 | 0.00 |
| SCRANTON CRAFTSMEN | Uns | 1,540.70 | NA | NA | 0.00 | 0.00 |
| SEARS CREDIT CARDS | Uns | 5,735.21 | NA | NA | 0.00 | 0.00 |
| SUZANNE PROLEIKA | Uns | 4,217.50 | NA | NA | 0.00 | 0.00 |
| TEK COLLECTION | Uns | 1,444.00 | NA | NA | 0.00 | 0.00 |
| TERMINEX INTERNATIONAL | Uns | 1,863.56 | NA | NA | 0.00 | 0.00 |
| VALLLEY REFRIGERATION | Uns | 8,130.50 | NA | NA | 0.00 | 0.00 |
| VILLAGE SHOPS LLC | Uns | 26,310.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA BANK | Uns | 1,005.72 | NA | NA | 0.00 | 0.00 |
| WACHOVIA BANK | Uns | 1,005.72 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 7,669.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 26,653.00 | $ 26,653.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 27,854.71 | $ 27,854.71 | $ 0.00 |
| **TOTAL SECURED:** | $ 54,507.71 | $ 54,507.71 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 18,068.48 | $ 18,068.48 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 18,068.48 | $ 18,068.48 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 290,638.08 | $ 0.01 | $ 0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $ 6,923.83 | |
| Disbursements to Creditors | $ 72,576.20 | |
| **TOTAL DISBURSEMENTS:** | | $ 79,500.03 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 09/16/2019            By: /s/ CHARLES J. DEHART, III
                                 STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)