```
                              United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 14-01492-RNO
Thomas P. Potoski                                                   Chapter 13
Lynn Marie Potoski
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 1           Date Rcvd: Oct 22, 2019
                              Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db/jdb         +Thomas P. Potoski,    Lynn Marie Potoski,    43 Fairway Drive,    Exeter, PA 18643-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service d.brian.simpson@usdoj.gov,
               jennifer.johnson-sbert@usdoj.gov
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank, N.A. dans@w-legal.com,
               BNCmail@w-legal.com
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank dans@w-legal.com,
               BNCmail@w-legal.com
              David J. Harris    on behalf of Defendant Thomas P. Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Debtor 2 Lynn Marie Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Debtor 1 Thomas P. Potoski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John M. Murphy    on behalf of Creditor    Landmark Community Bank jmurphy@c-wlaw.com
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com,    lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    M&T BANK kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Plaintiff Gerald  Koval tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Plaintiff Linda  Koval tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Creditor Linda  Koval tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Creditor Gerald  Koval tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas P. Potoski,<br>fdba Thomas Potoski Construction, | Chapter 13 |
| **Debtor 1** | Case No. 5:14–bk–01492–RNO |
| Lynn Marie Potoski,<br>aka Lynn Marie McDermott, fdba Brand New Windows, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–7419    xxx–xx–7104

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 22, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)